

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: DORIAN LAUTRET,<br><br>Relator. | §<br>§<br>§<br>§<br>§<br>§ | No. 08-18-00096-CV<br><br>AN ORIGINAL PROCEEDING<br><br>IN HABEAS CORPUS |

## **J U D G M E N T**

The court has considered this cause on the Relator's petition for writ of habeas corpus and motion for emergency relief against the Honorable Mike Herrera, Judge of the 383rd District Court of El Paso, Texas, and concludes that Relator's petition for writ of habeas corpus and motion for emergency relief should be denied. We therefore deny the petition for writ of habeas corpus and motion for emergency relief, in accordance with the opinion of this court.

IT IS SO ORDERED THIS 13TH DAY OF JUNE, 2018.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.